Opinion issued January 29, 2009










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00902-CV






SCOTT NJAA AND WANDA NJAA, Appellants


V.


STEPHEN JOHNSON, DONALD E. JOHNSON, AMY JOHNSON AND
C/B/A JAS CONSTRUCTION ROOFING SUPPLY, INC.-CLEAR LAKE,
TAMKO ROOFING PRODUCTS, INC. AND DAVID WALDROP, Appellees






On Appeal from the 133rd District Court

 Harris County, Texas

Trial Court Cause No. 2005-58841






MEMORANDUM OPINION Appellants, Scott Njaa and Wanda Njaa, have failed to timely file a brief. See
Tex. R. App. P. 38.8(a) (failure of appellant to file brief). After being notified that
this appeal was subject to dismissal, appellants did not adequately respond. See Tex.
R. App. P. 42.3(b) (allowing involuntary dismissal of case).

 We dismiss the appeal for want of prosecution for failure to timely file a brief. 
We deny all pending motions.

PER CURIAM

Panel consists of Justices Jennings, Keyes, and Higley.